UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ROBERT EARL BONDS            )
_____)
_____)
_____)      CIVIL ACTION  23-2023
(Name of the plaintiff or plaintiffs)  )
                             )
            v.               )
                             )
Archer Daniels Midland       )
Bakery, Confectionery, Tobacco )
Workers And Grain Millers International )
(Name of the defendant or defendants) Union)

FILED
FEB 0 3 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☐ DOES ☑ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is ROBERT EARL BONDS,
whose street address is 3191 Redstart Drive,
(city) Decatur  (state) IL  (ZIP) 62526
(Plaintiff's telephone number)  (217) 875-4762

3. The defendant is Archer Daniels Midland, whose
street address is 4666 Faries Park Way,
(city) Decatur  (state) IL  (ZIP) 62526
(Defendant's telephone number)  (217) - 424-5200

4. The alleged discrimination occurred at ADM Trucking 2501 North Brush College
(city) Decatur  (state) IL  (ZIP) 62526

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __2__, (day) __7__, (year) __2022__.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☑ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☑ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _Reporting Harrassment to Human Resource AND Reporting Employee To Management !!! FOR using The Word Nigger..._

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☑ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __11/22/2022__.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☑ by terminating the plaintiff's employment.

    (c) ☐ by failing to promote the plaintiff.

    (d) ☑ by failing to stop harassment;

    (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☑ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☑ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☐ other (specify):_____

_____
_____
_____
_____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

In January 2016 I made a complaint against A Fellow Union Employee to my Department Maneger who At the time was Gavin McCoy, The Fellow Union Employee Name was Jeff Thomas Another UNION Employee Who's name is GATHER WARNSLEY (gather warnsley) Told me That Jeff Thomas had made Racial Remarks in the break Room using the nigger word He was A farely new Employee and didnot want to make WAVES So I Reported it any way. Gavin McCoy Disciplined Jeff Thomas gave him a Few Day's off Demoted him from Step up Forman Position and took his paydown 50 cents per hour!!! I went off work for 13 month from Car Accident, When I returned to work in 2017 Jeff Thomas ha Became Company Supervisor, And Was my Boss And Harassment, Retaliation Hostile Work Enviornment Started Against me up Until I was Fired on FEB-7-2022

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☑ Direct the defendant to re-employ the plaintiff.
(c) ☐ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f) ☑ Direct the defendant to (specify): Reinstate with Back Pay and Pain And Suffering.

4

_____
_____
_____
_____
_____
_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Robert Earl Bonds_
(Plaintiff's signature)

_ROBERT EARL BONDS_
(Plaintiff's name)

_3191 Redstart Drive D_
(Plaintiff's street address)

(City) _Decatur_  (State) _IL_  (ZIP) _62526_

(Plaintiff's telephone number) (_217_) – _875-4762_

Date: _2-3-2023_

5